■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WATERS, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered December 10, 1979, affirmed. No opinion. The case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J.P., Titone, Mangano and Gibbons, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TORRIE WILLIAMS, Appellant. — Judgment of the Supreme Court, Queens County (Agresta, J.), rendered March 16, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J.P., Rabin, Margett and Bracken, JJ., concur.